LAW OFFICES OF
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
DORINE MARTIROSIAN, ESQ., State Bar No. 204326
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARMEN HAKOPIAN

### IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No:** |
| ) | |
| ) | **02-CR 507 GEB** |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | TO SET MATTER FOR |
| ) | PROBATION VIOLATION |
| ARMEN HAKOPIAN, ) | HEARING |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### STIPULATION

WHEREFORE, upon showing of good cause, the UNITED STATES OF

AMERICA, represented by DANIEL S. LINHARDT, Assistant United States

Attorney, and Defendant ARMEN HAKOPIAN, represented by DANIEL

V. BEHESNILIAN, do hereby stipulate to the following:

That, the named Defendant, ARMEN HAKOPIAN, has been detained

pursuant to an Arrest Warrant issued November 23, 2004.

1

1  That, this matter be set for a Probation Violation Hearing on

2  **September 2, 2005, at 9:00 a.m.** before the Honorable Garland E.

3  Burrell.

4  That, Defendant, if out on bond, personally appear before the

5  Court on September 2, 2005, at 9:00 a.m. in this matter.

6  SO STIPULATED.

7  Authorization for Mr.
   Linhardt's signature obtained

8  by phone on 7/8/05

9  Dated: 7/12/05                          _____/S/_____
                                           DANIEL S. LINHARDT

10                                          Assistant U.S. Attorney

11

12 Dated: 7/12/05                          _____/S/_____
                                           DANIEL V. BEHESNILIAN

13                                          Attorney for Defendant
                                           ARMEN HAKOPIAN

14

15                               **ORDER**

16  GOOD CAUSE NOW appearing, it is hereby ordered that this matter

17 be set for a Probation Violation Hearing on September 2, 2005 at 9:00

18 a.m. and that the named Defendant, ARMEN HAKOPIAN, in this matter,

19 personally appear before this Court on the given date and time.

20  SO ORDERED.

21 **Dated:  July 12, 2005**

22
                                 **/s/ Garland E. Burrell, Jr.**
23                               **GARLAND E. BURRELL, JR.**
                                 **United States District Judge**

24

25

26

27

28

                                   2