**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
DORINE MARTIROSIAN, ESQ., State Bar No. 204326
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARMEN HAKOPIAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | **Case No:** |
|---|---|---|
| | ) | |
| | ) | **02-CR 507 GEB** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING FROM |
| ARMEN HAKOPIAN, | ) | 10/14/05 to 11/04/05; |
| | ) | [Proposed] ORDER |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant ARMEN HAKOPIAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for Sentencing Hearing regarding Probation Violation on October 14, 2005 at 9:00 a.m. before the Honorable Garland E. Burrell.

1   That, Defense Counsel, DANIEL V. BEHESNILIAN, will be engaged in
2   trial, on October 11, 2005, in the Superior Court of California, Van
3   Nuys District, in a three defendant felony assault with a deadly
4   weapon matter.

5   That, based on the foregoing, this matter be continued to
6   **November 4, 2005 at 9:00 a.m.** or thereafter as convenient to the
7   Court.

8   That, Defendant personally appear for sentencing on
9   November 4, 2005, or to a date thereafter as convenient to the
10  Court.

11  SO STIPULATED.

Dated: Oct. 11, 2005                    Signature authorized by Mr.
                                        Linhardt via telephone on
                                        10/11/05
                                        _____/s/_____
                                        DANIEL S. LINHARDT
                                        Assistant U.S. Attorney

Dated: Oct. 11, 2005                    _____/s/_____
                                        DANIEL V. BEHESNILIAN
                                        Attorney for Defendant
                                        ARMEN HAKOPIAN

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that the sentencing hearing regarding Defendant's probation violation currently set for October 14, 2005 be continued to November 4, 2005 at 9:00 a.m. and that Defendant ARMEN HAKOPIAN personally appear before this Court on said date and time.

SO ORDERED.

**Dated:  October 11, 2005**

                        **/s/ Garland E. Burrell, Jr.**
                        **GARLAND E. BURRELL, JR.**
                        **United States District Judge**