LAW OFFICES OF
# DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
daniel@dvblaw.net
DORINE MARTIROSIAN, ESQ., State Bar No. 204326
dorine@dvblaw.net
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARMEN HAKOPIAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | **Case No: 2-CR-507 GEB** |
|---|---|---|
| | ) | **05-1391M** |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER |
| | ) | FOR EXONERATION OF BOND |
| ARMEN HAKOPIAN, | ) | |
| Defendant. | ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant ARMEN HAKOPIAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That Defendant HAKOPIAN has been sentenced on November 4, 2005 by

1 this Court and for the probation violation matter before this Court
2 and that he has reported for surrender, on December 16, 2005, to serve
3 the custodial time required by his sentence.
4     That, given the foregoing, the bond posted in this matter is no
5 longer necessary.
6     That, the bond in this matter be exonerated and the identified
7 property for said bond located at 8117 Coldwater Canyon Avenue, Los
8 Angeles (North Hollywood Area), CA 91605, be released forthwith.
9     SO STIPULATED.

10 Dated: 12/20/05                        Signature authorized by Mr.
                                         Linhardt via telephone on
11                                       12/20/05
                                         _____/S/_____
12                                       DANIEL S. LINHARDT
                                         Assistant U.S. Attorney
13

14 Dated: 12/20/05                       _____/S/_____
                                         DANIEL V. BEHESNILIAN
15                                       Attorney for Defendant
                                         ARMEN HAKOPIAN
16

17                              **ORDER**

18     GOOD CAUSE NOW appearing, it is hereby ordered that the bond
19 in this matter be exonerated and the identified property for said bond
20 located at 8117 Coldwater Canyon Avenue, Los Angeles (North Hollywood
21 Area), CA 91605, be released forthwith.
22     SO ORDERED.
23 Dated:  January 3, 2006
24
                                   /s/ Garland E. Burrell, Jr.
25                                 GARLAND E. BURRELL, JR.
                                   United States District Judge
26
27
28