UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REQUEST TO RECALL WARRANT

**Offender Name:**      Armen HAKOPIAN

**Docket Number:**      2:02CR00507-01

**Offender Address:**   Central District of California

**Judicial Officer:**   Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

On August 21, 2007, Your Honor signed a Superseding Petition on the above-named case, setting this matter on the Court's calendar for September 28, 2007, at 9 a.m. The undersigned failed to note in the Order the request to have the warrant recalled, although this was discussed in the body of the Superseding Petition. Therefore, it is now requested the Court sign the below Order for recall of the warrant issued on November 2, 2006.

August 22, 2007
Sacramento, California
Kam:kam

Respectfully submitted,

/s/ Karen A. Meusling
**KAREN A. MEUSLING**
**Supervising United States Probation Officer**
Telephone: (916) 930-4321

**RE:    Armen HAKOPIAN**
      **Docket Number:  2:02CR00507-01**
      **REQUEST TO RECALL WARRANT**


**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

(X)    Other:   The warrant issued on November 2, 2006, is hereby recalled as this matter has been placed on the Court's calendar for September 28, 2007, at 9 a.m.

Dated:  August 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge


cc:    United States Probation
      To be assigned- United States Attorney
      United States Marshal Service
      Joseph Hofman, Defense Counsel

2